GEORGE L. SMITH, Respondent, *v.* OWEGO BRIDGE COMPANY, Appellant.

*Smith* v. *Owego Bridge Co.*, 42 App. Div. 624, appeal dismissed.
(Argued November 20, 1899; decided November 28, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 19, 1899, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the questions involved are wholly questions of fact; that the decision of the Appellate Division was unanimous, and that the exceptions are frivolous.

*W. I. Van Allen* for motion.

*Oscar B. Glezen* opposed.

Motion granted and appeal dismissed, with costs.

---

FERDINAND B. BLUMENTHAL et al., Respondents, *v.* MOSES MICHAEL et al., Appellants.

(Argued November 20, 1899; decided November 28, 1899.)

MOTION by Max Herman and M. Charles Guinzburg; Edward B. Goodman and Robert Lindheim; and Sylvester Gerard, plaintiffs, respectively, in three other actions against the same defendants, for leave to intervene in the above-entitled action and to move to dismiss the appeal therein.

*Oppenheim & Severance* for motion.

*Kurzman & Frankheimer* opposed.

Motion granted so far as to allow the moving parties to intervene, without costs.